UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TY KEMPTON

Plaintiff(s),

Case No. 18-cv-13404

v.

Judge Robert H. Cleland

LIFE FOR RELIEF AND DEVELOPMENT

Magistrate Judge

Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Life for Relief and Development

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐      No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐      No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: January 4, 2016

/s/ Matthew P. Allen

P57914
Miller Canfield Paddock & Stone PLC
840 West Long Lake Road, Suite 150
Troy, Michigan 48098
248-879-2000
allen@millercanfield.com