## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TY KEMPTON, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 18-cv-13404-RHC-SDD |
| v. | Hon. Robert H. Cleland |
| LIFE FOR RELIEF AND DEVELOPMENT, a California non-profit corporation, | Magistrate Judge Stephanie Dawkins Davis |
| Defendant. | / |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ty Kempton hereby dismisses this action.

Respectfully Submitted,

*/s/ George T. Blackmore*
By: George T. Blackmore (P76942)
BLACKMORE LAW PLC
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
Telephone: (248) 845-8594
Facimile: (855) 744-4419
E-Mail:george@blackmorelawplc.com
*Local Counsel for Plaintiff and the putative Class*

1

Stefan Coleman
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Fl 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
Email: law@stefancoleman.com
*Counsel for Plaintiff and the putative Class*

Avi R. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com
*Counsel for Plaintiff and the putative class*

Dated: March 14, 2019

## CERTIFICATE OF SERVICE

I certify that on March 14, 2019, a copy of the foregoing document was filed via the Court's CM ECF filer system, causing a true and correct copy to be sent to all counsel of record.

*/s/ George T. Blackmore*
George T. Blackmore

2